UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER, | No. 2:16-cv-2143 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| M. STOLLER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file objections to the court's January 29, 2018 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 22) is granted; and

2. Plaintiff is granted up to and including March 5, 2018 in which to file objections to the January 29, 2018 findings and recommendations.

Dated: February 21, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
warn2143.36